Brent R. BRONSON,
Petitioner–Appellee,

v.

Brian McKAY, Attorney General, et al.,
Respondents–Appellants.

No. 86–15077.

United States Court of Appeals,
Ninth Circuit.

Argued May 14, 1987.

Submitted April 10, 1989.

Decided April 10, 1989.

James J. Rankl, Deputy Atty. Gen., Carson City, Nev., for respondents-appellants.

Dennis E. Widdis, Deputy Public Defender, Reno, Nev., for petitioner-appellee.

Before BRUNETTI * and KOZINSKI, Circuit Judges, and GRAY,** District Judge.

## ORDER

We vacated submission of this case on July 6, 1988, pending the Supreme Court's decision in *Blanton v. City of North Las Vegas,* a case raising the identical issue. *Blanton* has now been decided: The Court has held that the sixth amendment does not guarantee a jury trial to persons charged under Nevada law with driving under the influence of alcohol. —— U.S. ——, ——,

* Judge Brunetti was drawn to replace Judge Kennedy.

** The Honorable William P. Gray, Senior United States District Judge for the Central District of California, sitting by designation.

109 S.Ct. 1289, 1291, 103 L.Ed.2d 550 (1989). Accordingly, we order the case resubmitted and reverse the district court's grant of Bronson's petition for a writ of habeas corpus. We remand to the district court for dismissal of the complaint.